Case 4:18-cv-01770   Document 96   Filed on 10/01/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 01, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUBERT RANDLE on behalf of himself individually, and ALL OTHERS SIMILARLY SITUATED | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-1770 |
| METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY | § § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Opinion of even date, Hubert Randle's suit against Metropolitan Transit Authority of Harris County is dismissed without prejudice in favor of arbitration.

SIGNED on October 1, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge