UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUBERT RANDLE | § | |
| on behalf of himself individually, | § | |
| and ALL OTHERS SIMILARLY | § | |
| SITUATED | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:18-cv-01770 |
| | § | |
| v. | § | |
| | § | |
| METROPOLITAN TRANSIT | § | |
| AUTHORITY OF HARRIS COUNTY | § | |
| | § | |
| Defendant. | | |

## NOTICE OF WITHDRAWAL OF CONSENT FORMS

Plaintiff hereby provides notice that the following consent forms are being withdrawn from this case.

1. Charlotte Johnson (Dkt. 133);

2. Kashica Whitfield (Dkt. 132);

3. Dora Robinson (Dkt. 131);

4. Cary E. Lacy (Dkt. 130);

5. Pamela Draper (Dkt. 128);

6. Larry Richards (Dkt. 127);

7. Chandra Henry (Dkt. 126);

8. JaQuira Provost (Dkt. 125);

9. Tammi Carson (Dkt. 124); and

10. Keldred Martin (Dkt. 123).

Respectfully submitted,


KENNEDY HODGES, L.L.P.

By:  /s/ Don J. Foty
    Don J. Foty
    dfoty@kennedyhodges.com
    Fed. ID NO. 711522
    State Bar No. 24050022
    4409 Montrose Blvd., Suite 200
    Houston, TX 77006
    Telephone: (713) 523-0001
    Facsimile: (713) 523-1116

AND

THE FOLEY LAW FIRM

By: /s/ Taft L. Foley II
    Taft L. Foley, II
    Federal I.D. No. 2365112
    State Bar No. 24039890
    3003 South Loop West, Suite 108
    Houston, Texas 77054
    Phone: (832) 778-8182
    Facsimile: (832) 778-8353
    Taft.Foley@thefoleylawfirm.com

ATTORNEYS FOR PLAINTIFF AND CLASS MEMBERS


## CERTIFICATE OF SERVICE

I certify that on this October 28, 2019, a true and correct copy of the foregoing instrument was filed through the Court's electronic case filing which will serve a copy of this document electronically on all counsel of record.

/s/ Don J. Foty
Don J. Foty