# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED
*October 29, 2019*
David J. Bradley, Clerk of Court

No. 19-20332

4:18-cv-1770



HUBERT RANDLE,

    Plaintiff - Appellant

A True Copy
Certified order issued Oct 29, 2019

*Jyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

v.

METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY,

    Defendant - Appellee

---

Appeal from the United States District Court
for the Southern District of Texas

---

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of October 29, 2019, pursuant to appellant's unopposed motion.

                        LYLE W. CAYCE
                        Clerk of the United States Court
                        of Appeals for the Fifth Circuit

                        By: _____
                        Angelique B. Tardie, Deputy Clerk

          ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 29, 2019

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 19-20332    Hubert Randle v. Metropolitan Transit Authority  
                    USDC No. 4:18-CV-1770

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____  
                    Angelique B. Tardie, Deputy Clerk  
                    504-310-7715

cc w/encl:  
    Mr. Don J. Foty  
    Mr. Jeffrey C. Londa  
    Mr. Kirk Louis Pittard